O

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: SA 07-246M |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION |
| vs. | ) | [8 U.S.C. § 1326] |
| VENANCIO ANDRES VIDAL, | ) | |
| Defendant. | ) | |

    Before the Court is the Government's request for an order detaining the defendant on the ground that there is a serious risk defendant will flee. The Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure defendant's appearance as required and the safety or any person or the community.

    The Court has considered all of the evidence adduced at the hearing and the arguments and/or statements of counsel. The Court has also considered: (1) the nature and circumstances of the offenses; (2) the weight of evidence against the defendant; (3) the history and characteristics of the defendant; and (4) the nature and seriousness of the danger to any person or the community.

1   The Court finds that no condition or combination of conditions will reasonably assure the
2   defendant's appearance as required, and that the defendant is a flight risk because of the following factors:
3       (X)  status as an illegal alien,
4       (X) insufficient bail resources,
5       (X) insufficient ties to the local community and strong ties to a foreign country,
6       (  ) current state custodial status,
7       (X) use of aliases and/or multiple name variations,
8       (  ) prior failure to appear,
9       (X ) use of more than one social security number, and (X) more than one birth date,
10      (  ) unstable/lack of employment history,
11      (X) prior violation of probation,
12      (X) extensive criminal history,
13      (X) history of illegal drug use or substance abuse, and
14      (  ) _____.
15      (X )   Pretrial Services's report and recommendation to detain the defendant for the
16      reasons set forth in the Pretrial Services's report.
17  The Court also finds Defendant's extensive criminal history makes him a danger to the community.
18  IT IS THEREFORE ORDERED that defendant be: (1) detained prior to trial and committed to the
19  custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable,
20  from persons awaiting or serving sentences or being held in custody pending appeal; and (2) afforded
21  reasonable opportunity for private consultation with counsel.  IT IS FURTHER ORDERED that, on order
22  of a Court of the United States or on request of any attorney for the Government, the person in charge of
23  the corrections facility in which defendant is confined deliver defendant to a United States marshal for the
24  purpose of an appearance in connection with a court proceeding.
25
26  Dated:   September 10, 2007
27                                                                        /s/  ARTHUR NAKAZATO
                                                                          ARTHUR NAKAZATO
                                                                          UNITED STATES MAGISTRATE JUDGE
28